```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 19725
   JUANITA HARVEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-3902
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1. The case was filed on 05/17/05 and confirmed on 08/25/05.

  2. The case was dismissed after confirmation, 09/28/2007.

  3. The Debtor paid a total of $   8319.62 .

  4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OLDFIELD TOWNHOME OWNERS | MORTGAGE ARRE | 1425.00 | .00 | 1425.00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 2912.57 | .00 | 2912.57 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1253.60 | .00 | 865.06 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4337.57 | .00 | 1253.60 | .00 | 5591.17 |
| PRINCIPAL PAID | 4337.57 | .00 | 865.06 | .00 | 5202.63 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4337.57 | .00 | 865.06 | .00 | 5202.63 |

The Debtor's attorney, MARK D WEISMAN                , was allowed $   2500.00
and was paid $   2500.00 .

The Trustee received $   316.99 .

Refunds to the Debtor totaled $   300.00 .

  Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                        PAGE   2
CASE NO. 05 B 19725 JUANITA HARVEY
```